FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 3 2009

JAMES N. HATTEN, Clerk
By: B.Srvan
Deputy Clerk

RECEIVED
SEP 0 2 2009
BY:

ALVIN L. KENDALL
3810 Thaxton Road
Atlanta, Georgia 30331

August 31, 2009

The Honorable Jack T. Camp
United States District Court
18 Greenville Street
Newnan, Georgia 30263

Re: USA v. Alvin L. Kendall
1:97-CR-405-JTC

Dear Judge Camp:

I am writing you in hopes of obtaining a modification of my fine in the above referenced case. You gave me a $12,500.00 fine. I presently have a balance of over $4,000.00. I have not been able to pay the remaining balance due to financial hardship.

My wife lost her job in 2007. She found temporary employment in late 2008 at one-third of her former salary. I have two children, one in high school and the other in junior high school. I have been during paralegal work for several attorneys on an at need basis. The household expenses have largely been my responsibility.

I have consulted several lawyers on my chances of being allowed to retake the bar exam. I would have to go through a fitness test and the completion of my criminal sentence will be an issue. I need to try and get my license back due to college tuition for my two children being right around the corner. I have not been able to pay the remainder of the fine and provide for my family on my present income. I am requesting the remainder of my fine be suspended so the fine will not be an impediment to my fitness to take the bar exam.

I understand you have taken senior status. If this case is no longer under your jurisdiction, please let me know the judge who has your old cases. Thank you for your consideration of my request.

Sincerely,

Alvin L. Kendall

P.S. I hope you have been successful in restoring your old tractor.