# STATE BOARD OF PARDONS AND PAROLES

STATE BOARD OF PARDONS AND PAROLES STATE OF GEORGIA

James E. Donald
Chairman

2 Martin Luther King, Jr., Drive, S.E.
Balcony Level, East Tower
Atlanta, Georgia 30334-4909
(404) 656-5651
www.pap.state.ga.us

Albert R. Murray
Vice-Chairman
Robert E. Keller
Member
Terry E. Barnard
Member
James W. Mills
Member

March 27, 2012

1:97-CR-405-01-JTC

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 30 2012

JAMES N. HATTEN, Clerk
By: J. Branson Deputy Clerk

Clerk of Superior Court
United States District Court,
Northern District of Georgia
75 Spring Street, S.W.
Atlanta, GA 30303

Dear Clerk of Court:

Re: Alvin Kendall

Enclosed herewith is a true and correct copy of an Order issued by the State Board of Pardons and Paroles in the above cited case.

Sincerely,

Thurman L. Henderson

Thurman L. Henderson
Assistant Director of Clemency

TH/mbr

Enc:

# STATE BOARD OF PARDONS AND PAROLES

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 3 0 2012

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

## RESTORATION OF CIVIL AND POLITICAL RIGHTS

WHEREAS, Alvin Kendall, Serial Number federal, was convicted in the court(s) indicated below of the following offense(s) for which he received the sentence(s) hereinafter set forth:

| OFFENSE | COURT OF CONVICTION | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| Conspiracy to Give Notice of Impending Search and Seizure Warrants, Conspiracy to Distribute Cocaine | U.S. Federal Court | 12/3/1998 | 60 months confinement, 36 months supervised release, $12,500.00 fine<br><br>Sentence terminated 7/1/06 with fine paid in full |

and,

WHEREAS, an application for restoration of civil and political rights has been filed by the above named individual; and

WHEREAS, having investigated the facts material to the application, which investigation has established to the satisfaction of the Board that each sentence imposed on the applicant stated hereinabove, or imposed on the applicant prior to the earliest sentence stated hereinabove, has been served and that each sentence has expired.

THEREFORE, pursuant to Article IV, Section II, Paragraph II (a), of the Constitution of the State of Georgia, it is hereby

ORDERED that all disabilities resulting from the above stated conviction(s) and sentence(s), as well as, any imposed prior thereto, be and each and all are hereby removed; and

ORDERED FURTHER that all civil and political rights, excluding the right to receive, possess, or transport in commerce a firearm, lost as a result of the above stated convictions(s) and sentence(s) and any imposed prior thereto, be and each and all are hereby restored.

It is directed that copies of this order be furnished to the said applicant and to the Clerk(s) of Superior Court(s) in the County(s) where the above sentence(s) were imposed.

GIVEN UNDER THE HAND AND SEAL of the State Board of Pardons and Paroles, this 27th day of March, 2012.

STATE BOARD OF PARDONS AND PAROLES

FOR THE BOARD: [signature]
Linda Winston

(SEAL)
PFO-70-4-03